

**IT IS ORDERED as set forth below:**

**Date: May 22, 2013**

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CELESTINE DENISE FOREMAN | : | CASE NUMBER A10-97674-CRM |
| DEBTOR | : | JUDGE MULLINS |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX REFUNDS

On April 4, 2013 at 2:00 p.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtor's failure to remit tax refunds to the Chapter 13 Trustee. It further appears to the Court that the Debtor through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtor shall remit their Federal Income tax return to the Trustee by May 15th of each calendar year for the remaining years the case is pending. Additionally, unless further Court order allows retention, the Debtor shall pay any tax refund for the years of the Debtor's Applicable Commitment Period to the Trustee by May 15th of each calendar year. If

the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.  Prior to recommending dismissal the Trustee shall contact the Debtor's attorney via email or phone to alert them of the default.  Additionally, a letter will be sent to the Debtor each calendar year requesting a copy of the tax return.

The Clerk of the Court is directed to serve notice of this Order to the Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

____/s/_____          ____/s/_____
Nancy J. Whaley                                      Christine Kapur
Chapter 13 Trustee                                  Attorney for Debtor
GA Bar Number 377941                           GA Bar No. 197008
303 Peachtree Center Ave., NE              Clark & Washington, PC
Suite 120                                                  Bldg. 3
Atlanta, GA  30303                                  3300 Northeast Expressway
(678) 992-1201                                         Atlanta, GA 30341
                                                                *Signed by Nancy J. Whaley*
                                                                *with express permission*

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303